# Court of Appeals
# of the State of Georgia

ATLANTA, February 28, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1167. DUMITRU COVALIU v. THE STATE.**

Dumitru Covaliu filed this direct appeal from the trial court's order denying his motion to dismiss the indictment on constitutional speedy trial grounds. But in *Sosniak v. State*, 292 Ga. 35, 36-40 (2) (734 SE2d 362) (2012), the Supreme Court of Georgia ruled that such an order is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain immediate appellate review. See also *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012). Because Covaliu failed to follow the required appellate procedures, his appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/28/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*